# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| **J.P. BRYAN, ET AL.,** § | |
| *Plaintiffs,* § | |
| § | |
| **v.** § | **NO. P:20-CV-00025** |
| § | |
| **COUNTY JUDGE ELEAZAR R. CANO,** § | |
| *Defendant.* § | |

## ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE

On this day, the Court considered the above-styled and numbered cause, which was reassigned to the United States Magistrate Judge by Referral Order. The Court finds that the referral order should be withdrawn. Accordingly,

It is **ORDERED** that the Referral Order is **WITHDRAWN** and **VACATED**.

It is so **ORDERED**.

**SIGNED** this 8th day of December, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE