# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

April 17, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: J. P. Bryan, et al.
v. Eleazar R. Cano, County Judge
No. 22-843
(Your No. 22-50035)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2023

Mr. Philip Devlin
Western District of Texas, Pecos
United States District Court
410 S. Cedar Street
U. S. Post Office & Courthouse
Room 203
Pecos, TX 79772-0000

    No. 22-50035   Bryan v. Cano
                         USDC No. 4:20-CV-25

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Casey A. Sullivan, Deputy Clerk
                                  504-310-7642